UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANGEL GUDIEL GRAMAJO GABRIEL, | Case No. 5:26-cv-03311-JGB-KES |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| v. | |
| WARDEN, ADELANTO ICE PROCESSING CENTER, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge.  No objections to the Report and Recommendation were filed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1.      Judgment shall be entered granting the Petition.

2.   Respondents shall **immediately release** Brangel Gudiel Gramajo Gabriel, a.k.a., Brangel Gudiel Gramajo Grabriel (A# 098-670-222) from custody.

3.   If Respondents have not released Petitioner **within three days** of the date of this order, Petitioner may file a request for an order to show cause re contempt.

DATED: _____July 21, 2026_____

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE