JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BRANGEL GUDIEL GRAMAJO GABRIEL,
Petitioner,
v.
WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,
Respondents.

Case No. 5:26-cv-03311-JGB-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is granted.

DATED: July 21, 2026

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE